IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| CORNICE & ROSE INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>FOUR KEYS, LLC, FIRST SECURITY BANK & TRUST COMPANY, MARCO TECHNOLOGIES, YOUNG CONSTRUCTION, LTD., PERRY NOVAK ELECTRIC, INC., KAMM EXCAVATING, CORP., SUPERIOR LUMBER, INC, KURT HERBRECHTSMEYER, DEAN SNYDER CONSTRUCTION CO., MICK GAGE PLUMBING & HEATING, INC. NORTHERN CEDAR SERVICE CO., INC., and BRIAN YOUNG<br><br>Defendants. | CASE NO. 6:20-cv-2097<br><br><br><br>DEFENDANTS FOUR KEYS, LLC; FIRST SECURITY BANK & TRUST COMPANY; AND KURT HERBRECHTSMEYER'S MOTION TO DISMISS |

Defendants Four Keys, LLC; First Security Bank & Trust Company; and Kurt Herbrechtsmeyer (collectively "Defendants"), by and through its attorneys, move to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(6). Defendants state the following grounds in support of their motion:

1.  On November 24, 2020, Plaintiff Cornice & Rose International, LLC ("C&R" or "Plaintiff") filed the current action with this Court. [ECF 1]

2.  Defendants move to dismiss Plaintiff's Complaint in its entirety.

3.  Defendants simultaneously have filed a Brief in Support of their Motion to Dismiss and by this reference incorporates the same as if fully set forth herein.

4. Counts I and II of Plaintiff's Complaint fails to state a claim upon which relief can be granted. Plaintiff's claims are barred by the explicit terms of the Copyright Act and the rights it permits property owners. Plaintiff's claims are also barred by the final order of Judge Collins in *In re McQuillen Place Company, LLC*, Case No. 19-0057 (Bankr. N.D. Iowa) dated April 9, 2020. Accordingly Plaintiff's Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, Defendants Four Keys, LLC; First Security Bank & Trust Company; and Kurt Herbrechtsmeyer respectfully request this Court dismiss Plaintiff's Complaint in its entirety for the reasons outlined herein, and for such further relief as the Court deems may be just and proper under the circumstances.

DATED: January 11, 2021

SIMMONS PERRINE MOYER BERGMAN PLC

/s/ Roger W. Stone
Roger W. Stone, AT0007519
Jacob W. Nelson, AT0010431
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
Telephone: 319-366-7641
Facsimile: 319-366-1917
rstone@spmblaw.com
jnelson@spmblaw.com

ATTORNEYS FOR DEFENDANTS FOUR KEYS, LLC; FIRST SECURITY BANK & TRUST COMPANY; AND KURT HERBRECHTSMEYER

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I served the foregoing document via CM/ECF to:

Peter C. Riley
Tom Riley Law Firm, P.L.C.
4040 First Avenue N.E.
PO Box 998

Cedar Rapids, IA 52406-0998
ATTORNEYS FOR PLAINTIFF
CORNICE & ROSE INTERNATIONAL LLC

Steven D. Marso
Whitfield & Eddy, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, IA 50309
ATTORNEYS FOR DEAN SNYDER CONSTRUCTION CO.

Judith O'Donohoe
Elwood, O'Donohoe, Braun & White, LLP
116 North Main Street
PO Box 307
Charles City, IA 50616-0307
ATTORNEYS FOR DEFENDANT
MICK GAGE PLUMBING & HEATING, INC.

Jeremy L. Thompson
Putnum, Thompson & Caspter, P.L.L.C.
801 Commerce Drive, Suite 1
PO Box 70
Decorah, IA 52101
ATTORNEYS FOR DEFENDANT
PERRY NOVAK ELECTRIC, INC.

Janice M. Thomas
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-3700
ATTORNEYS FOR DEFENDANT
NORTHERN CEDAR SERVICE CO., INC.

                                                        /s/ Roger W. Stone