**United States Court of Appeals**
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 22, 2020

Mr. Peter Craig Riley
TOM RILEY LAW FIRM
4040 First Avenue, N.E.
P.O. Box 998
Cedar Rapids, IA 52406-0998

RE: 20-3242 Cornice & Rose Intl, LLC v. First Security Bank & Trust Co, et al

Dear Counsel:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. **No grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Michael E. Gans
Clerk of Court

JPP

Enclosure(s)

cc: Ms. Monica Lynn Clark
    Mr. Clerk, U.S. District Court, Northern Iowa
    Mr. Larry S. Eide
    Mr. Brandon J. Gray
    Mr. Bradley Richard Kruse
    Mr. Eric W. Lam
    Mr. Eric J. Langston
    Mr. Randall E. Nielsen
    Mr. Charles L. Smith

District Court/Agency Case Number(s): 6:20-cv-02040-CJW

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-3242
_____

Cornice & Rose International, LLC

Appellant

v.

Charles L. Smith

Trustee - Appellee

First Security Bank & Trust Co., Creditor; Four Keys, LLC, Creditor; City of Charles City, Iowa; Iowa Economic Development Authority

Appellees

_____

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:20-cv-02040-CJW)

_____

**JUDGMENT**

Before WOLLMAN, BENTON, and GRASZ, Circuit Judges.

The motion of appellees for dismissal of this appeal is granted. The appeal is hereby dismissed. See Eighth Circuit Rule 47A(b).

December 22, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans